UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | Case No.  2:26-cv-1850-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| L. HALL, *et al.*, | |
| Defendants. | |

On May 26, 2026, I directed plaintiff to file an amended complaint within thirty days. ECF No. 4.  On June 9, 2026, plaintiff motioned for a sixty-day extension of time to file his amended complaint.  ECF No. 6.  The motion will be granted.

It is, therefore, ORDERED that plaintiff's motion for extension of time, ECF No. 6, is GRANTED.  His amended complaint is now due sixty days from the date of this order's entry.

IT IS SO ORDERED.

Dated:  ___June 18, 2026___          _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1