UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, Plaintiff, v. L. HALL, et al., Defendants. | Case No. 2:26-cv-1850-JDP (P) ORDER |

Plaintiff has moved for a thirty-day extension of the deadline to file his amended complaint. ECF No. 8. I ordered him to submit an amended complaint on May 26, 2026, ECF No. 4, and have previously granted him a sixty-day extension of time to submit the filing, ECF No. 6. I will grant plaintiff's motion to extend the deadline again, but he is warned that I am disinclined to grant him any further extension of time to submit his amended complaint.

It is ORDERED that:

1. Plaintiff's motion for extension of time, ECF No. 8, is GRANTED.

2. His amended complaint is due thirty days from the date of this order's entry. If he fails to submit the complaint within the deadline, I will recommend that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: September 10, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE